IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**The ESTATE OF JOHN LEE,
by and through Suzanne Lee,
Personal Representative,**

      **Plaintiff,**

vs.                                CASE NO.: 4:06-cv-006-SPM/AK

**CENTRE POINTE HRC, LLC d/b/a Center
Pointe Health & Rehabilitation Center,
SBK CAPITAL, LLC and LIFE CARE
CENTERS OF AMERICA, INC.
OF TENNESSEE,**

      **Defendants.**
_____/

**ORDER STAYING DEADLINES AND DISCOVERY**

      **THIS CAUSE** comes before the Court upon the request of all parties to stay deadlines and discovery in the case until certain motions have been disposed of.[1] While the parties have differing reasons for requesting a stay, the Court finds the request to be an appropriate one.

      Plaintiff requests a stay until her pending motion to remand (doc. 11) is ruled upon. Defendants request a stay until their pending motion to compel arbitration (doc. 4) is decided. The Court must first determine whether it possesses subject-matter

---

[1] No particular document number is referenced because the requests are embodied in other motions, such as Plaintiff's motion for remand and for protective order (doc. 11) and Defendants' motion to strike discovery (doc. 5).

jurisdiction before proceeding further; thus, until that issue is resolved, all other pending matters should be stayed.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants shall file a response to the motion to remand (doc. 11) on or before **February 7, 2006**.

2. All discovery and response deadlines are hereby *stayed* until rendition of an order on the motion to remand.

**DONE AND ORDERED** this   first   day of February, 2006.

   *s/ Stephan P. Mickle*
   Stephan P. Mickle
   United States District Judge

/pao