IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**The ESTATE OF JOHN LEE,**
**by and through Suzanne Lee,**
**Personal Representative,**

      **Plaintiff,**

vs.                                CASE NO.: 4:06-cv-006-SPM/AK

**CENTRE POINTE HRC, LLC d/b/a Center**
**Pointe Health & Rehabilitation Center,**
**SBK CAPITAL, LLC and LIFE CARE**
**CENTERS OF AMERICA, INC.**
**OF TENNESSEE,**

      **Defendants.**
_____/

## ORDER REMANDING CASE TO STATE COURT

**THIS CAUSE** comes before the Court upon the motion for remand filed by Plaintiff (doc. 11) on January 24, 2006 and Defendants' responses (docs. 15, 16 and 17) filed February 7, 2006.  Defendants advise that they consent to the remand of this case to state court.  For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's motion to remand (doc. 11) is hereby *granted*.

2.     The clerk shall immediately take all steps necessary to effect the remand of this case to the Second Judicial Circuit in and for Leon County,

Florida.

3.      All pending motions are *denied* as moot.

**DONE AND ORDERED** this <u>ninth</u> day of February, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao